IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CLIFFORD WRIGHT III,<br><br>　　　　　　　　Defendant. | 8:22CR253<br><br>**ORDER** |

　　　　On May 23, 2023 the court held a hearing on the motion of Andrew J. Wilson to withdraw as counsel for the defendant, Clifford Wright, III (Filing No. 48). Andrew J. Wilson represents that there has been a material breakdown in the attorney-client relationship. After inquiry of the Defendant and his counsel, the court granted Andrew J. Wilson's motion to withdraw (Filing No. 48).

　　　　James K. McGough, 11920 Burt Street, Suite 100, Omaha, NE 68102, (402) 614-8655, is appointed to represent Clifford Wright, III for the balance of these proceedings pursuant to the Criminal Justice Act. Andrew J. Wilson shall forthwith provide James K. McGough any discovery materials provided to the defendant by the government and any such other materials obtained by Andrew J. Wilson which are material to Clifford Wright, III's defense.

　　　　The clerk shall provide a copy of this order to James K. McGough and the defendant.

　　　　**IT IS SO ORDERED.**

　　　　Dated this 23rd day of May, 2023.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge