# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:22CR253** |
| vs. | |
| **CLIFFORD WRIGHT III,** | **ORDER** |
| Defendant. | |

The Government's Motion to Extend Time to Respond to Defendant's Motion to Request Franks Hearing (Filing No. 68) is granted. Accordingly,

**IT IS ORDERED:**

1. On or before **August 28, 2023**, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

2. On or before **September 5, 2023**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **September 11, 2023**, the parties shall deliver to the undersigned's chambers via email to bazis@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **September 18, 2023, at 3:00 p.m.** The parties will use Restricted Order [65] for conference connection instructions.

Dated this 28th day of July, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge