IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR253 |
| vs. | ORDER |
| CLIFFORD WRIGHT, III, | |
| Defendant. | |

Defendant appeared before the court on December 1, 2023, for a Status Hearing regarding the Defendant's motions. Defendant made an oral motion for the court to appoint standby counsel. Attorney James K. McGough will be appointed as standby counsel to assist the defendant for the balance of the proceedings.

**IT IS ORDERED:**

1. Attorney James K. McGough is appointed as standby counsel for the defendant for the balance of these proceedings.

2. The Clerk shall notate the docket that Defendant is represented by Attorney James K. McGough as standby counsel.

Dated this 1st day of December, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge