IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR253 & 8:21CR67 |
| vs. | |
| CLIFFORD WRIGHT, III, | ORDER |
| Defendant. | |

On February 14, 2024 the court held a hearing on the Defendant's Motion to Appoint New Counsel (Filing No. 150). After inquiry of the Defendant and his standby counsel, the court granted the Defendant's Motion to Appoint New Counsel (Filing No. 150).

Stuart J. Dornan, 1403 Farnam Street, Suite 232, Omaha, NE 68102, (402) 884-7044, is appointed as standby counsel to assist the defendant Clifford Wright, III for the balance of these proceedings pursuant to the Criminal Justice Act. James K. McGough shall forthwith provide Stuart J. Dornan any discovery materials provided to the defendant by the government and any such other materials obtained by James K. McGough which are material to Clifford Wright, III's defense.

The clerk shall provide a copy of this order to Stuart J. Dornan and the defendant.

**IT IS SO ORDERED.**

Dated this 14th day of February, 2024.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge