# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CLIFFORD WRIGHT III,<br><br>                Defendant. | 8:22CR253<br><br>ORDER |

The defendant has filed a Motion in Limine and Request for Daubert Hearing (Filing No. 195), Motion to Suppress Search Warrant (Filing No. 197), Motion to Quash Arrest Warrant (Filing No. 199), Motion to Strike Witness Statements (Filing No. 202), Motion to Dismiss Criminal Case Due to Deprivation of Civil Rights (Filing No. 204), Motion to Suppress Order for Identifying Physical Characteristics (Filing No. 207), and Motion in Limine to Exclude Vigilnet Evidence (Filing No. 209). The government requested 21 days to respond, with no objection, and that request is granted. Accordingly,

**IT IS ORDERED:**

1. On or before **January 31, 2025**, the government shall file its brief in opposition to the defendant's motion(s). See NECrimR 12.3(c).

2. On or before **February 7, 2025**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **February 14, 2025**, the parties shall deliver to the undersigned's chambers via email to carson@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. A hearing to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **February 13, 2025, at 2:30 p.m.** in Courtroom 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE.

Dated this 13th day of January, 2025.

                                            BY THE COURT:

                                            s/ Ryan C. Carson
                                            United States Magistrate Judge