IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>CLIFFORD WRIGHT, III,<br><br>               Defendant. | **8:22CR253**<br><br>**ORDER** |

Defendant has filed motions for issuance of trial subpoena duces tecum. *See*, Fed. R. Crim. P. 17(b). Defendant's motions are supported by a showing that the witness' presence is necessary for an adequate defense, but Defendant is unable to pay the service and witness fees.

Accordingly,

IT IS ORDERED:

1) Defendant's motions for issuance of trial subpoena duces tecum, (Filing No. 355, 356), are granted.

2) The clerk shall sign, date, and deliver Defendant's subpoenas to the Marshal for service of the subpoena, with the process costs and witness fees paid in the same manner as those paid for government witnesses.

Dated this 20th day of May, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge