IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR253 |
| v. | |
| CLIFFORD WRIGHT III, | ORDER |
| Defendant. | |

This matter is before the Court on the following motions filed *pro se* by defendant Clifford Wright III ("Wright"): (1) "Motion of Leave," (Filing No. 542); (2) "Motion Requesting Clarification;" (Filing No. 546); and (3) a motion simply entitled "Return of Seized Property" (Filing No. 547).

Wright's Motion for Leave asks the Court to set a sentencing date sooner than the scheduled date of August 29, 2025. This motion also indicates that "defendant no longer wishes to attend the sentencing hearing." The sentencing hearing originally set for August 29, 2025 will be held on that date and Wright, who is proceeding *pro se*, will be required to attend. *See* Fed. R. Crim. P. 43(a)(3) (requiring the defendant's presence at sentencing).

Wright's Motion for Clarification is a rambling attack on the Court and the Assistant United States Attorney on a variety of matters that the Court has previously (and often repeatedly) considered and ruled upon. In reviewing the submission in detail, it is abundantly clear that no "clarification" is needed. The motion is denied.

Wright's last motion is a request that the "Black Iphone 14 seized from the defendant" be returned to him. That motion is denied at this point as the phone remains evidence in this matter.

Based on the foregoing, Wright's Motion for Leave (Filing No. 542), his Motion Requesting Clarification (Filing No. 546), and his motion entitled "Return of Seized Property" (Filing No. 547) are denied.

IT IS SO ORDERED.

Dated this 18th day of August 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge